UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO SIMON BOZA VALERA,

Plaintiff,

-against-

DELCY ELONIA GOMEZ RODRIGUEZ, ET AL.,

Defendants.

26-CV-10127 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

This action was submitted to the Court through the Court's Secure Document Portal and has been assigned the docket number listed above. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.[1] Plaintiff submitted the complaint without the filing fees or an IFP application.

Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or, if Plaintiff is unable to pay such fees, complete, sign, and submit the attached IFP application. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number of this action, 26-CV-10127 (LTS). Payment of the fees by mail should be sent to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New

[1]The $405.00 in fees includes a $350.00 filing fee plus a $55.00 administrative fee. The administrative fee does not apply to persons granted IFP status under 28 U.S.C. § 1915.

York, NY 10007. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash. Credit card payments are accepted in person only and will not be accepted by telephone. If Plaintiff submits the IFP application, it should be labeled with docket number 26-CV-10127 (LTS).

No further action will be taken in this case, and no summons shall issue or answer be required, until the fees are paid or a completed and signed IFP application is received. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff submitted proper payment for this action before receiving this order, the case will proceed once that payment is processed. If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge